**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DARNELL MCDOWELL, | ) | No.  CV 12-5802-CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: November 6, 2013

_____
CARLA M. WOEHRLE
United States Magistrate Judge